■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN NELSON, Appellant. [18 NYS3d 917]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered May 29, 2012. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree and reckless endangerment in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni, Lindley and Valentino, JJ.